UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-10002-CR-UNGARO

UNITED STATES OF AMERICA
    Plaintiff,
v.

ISAAC CORDERO,
    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT

THIS CAUSE is before the Court on a Superseding Petition and Order For Action on Conditions of Supervised Release (D.E. 319.)  The matter was referred to the Magistrate Judge Andrea M. Simonton who on November 19, 2008 issued a Report recommending that the Defendant's supervised release be revoked on account of the following violation:

| Violation Number | Nature of Noncompliance. |
|---|---|
| 2. | Violation of Standard Condition, by leaving the judicial district without first securing permission of the probation officer.  On or about August 23, 2008, the Defendant traveled to international waters, without securing the permission of the probation officer or the Court, as evidenced by the Defendant being stopped by Immigration and Customs Enforcement in international waters and the Defendant was arrested by the Monroe County Sheriff's Office for Grant Larceny-First Degree. |

(D.E. 335.)  The Magistrate Judge also recommended that the Defendant's supervised release should be modified to include the following conditions:

    (1) Defendant shall not go to any commercial transportation establishment including seaports and marinas.

    (2) Defendant shall not engage in any boating activity without permission of the probation officer.

1

(3) Defendant's travel shall be restricted to Miami Dade and Broward Counties, unless approved by his probation officer.

(Id.) The matter is ripe for disposition and no objections to the Magistrate Judge's Report have been filed. Accordingly it is hereby

ORDERED AND ADJUDGED that the Magistrate Judge's Report, is RATIFIED, AFFIRMED AND ADOPTED.

DONE AND ORDERED in Chambers at Miami, Florida on this __5__ day of December 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record